FILED
JUN 28 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DAVID RIVERA
EMCC B-45533
100 HILLCREST ROAD
EAST MOLINE, IL 61244

JUNE 12, 2018

IN RE: PETITION TO REINSTATE

JUDGE SAMUEL DER-YEGHIAYAN
CAUSE # 1:17-CV-06387

YOUR HONOR,
   I AM ASKING THE COURT TO CONSIDER REINSTATING MY CASE.
   THROUGH A CHAIN OF UNFORTUNATE AND BADLY TIMED EVENTS, I BELIEVE MY CASE WAS PREMATURLY DISMISSED.

   I PRAY THE COURT TO REVIEW THE FOLLOWING CHRONOLOGICAL ORDER OF EVENTS WHICH LEAD TO MY DISMISSAL AND HOPEFULLY SEE THAT I HAVE BEEN PREMATURELY DISMISSED AND THAT I

(1 OF 6)

DILIGENTLY PUT FORTH AN ERNEST EFFORT TO PAY THE FILING FEE.

THE CAUSE WAS INITIALLY FILED WITH AN APPLICATION FOR FORMA PAPERIS ON   9-1-17.

I RECIEVED A LETTER OF DENIAL FOR FORMA PAPERIS  9-11-17. IN THAT DENIAL IT STATED THAT I HAD UNTIL 9-27-17 TO PAY THE FILING FEE.

I WENT TO THE LAW LIBRARY HERE AND WAS TOLD BY THE LAW CLERK THAT THE FILING FEE IS $350.00. I SENT A MONEY VOUCHER TO THE BUSINESS OFFICE FOR THAT AMOUNT WHICH WAS MAILED OUT ON     9-15-17.

(2 OF 6)

ON 9-20-17 THE CLERK RETURNED THE $350.00 STATING THAT THE CORRECT AMOUNT IS $400.00. I RECIEVED THIS LETTER ON 9-28-17 WHICH IS ONE DAY AFTER THE DEADLINE FOR FILING.

9-28-17

THE COURT THEN MAILED ME A LETTER DATED 9-28-17, WHICH I RECIEVED ON 10-1-17, STATING THAT THE CAUSE HAD BEEN DISMISSED.

9-28-17

ON 9-29-17, PRIOR TO RECIEVING THE DISMISSAL LETTER, I SENT ANOTHER MONEY VOUCHER TO THE BUSINESS OFFICE FOR THE CORRECT AMOUNT OF $400.00 THIS WAS MAILED OUT ON 10-6-17.

9-29-17

(3 OF 6)

I RECIEVED A RECIEPT
FROM THE COURT DATED          10-15-17
10-13-17 SHOWING THAT
THE #400.⁰⁰ WAS RECIEVED.

I HAVE WAITED PATIENTLY
TO HEAR FROM THE COURT.

ON 5-30-18, I REQUESTED
A STATUS UPDATE.          5-30-18

ON 6-11-18, I RECIEVED
THE STATUS UPDATE
WHICH REFLECTED THE          6-11-18
CASE HAD BEEN DISMISSED
/TERMINATED ON 9-28-17.

I HAVE TO ASK THE COURT, IF
THE CASE WAS DISMISSED ON 9-28-17
AND YOU RECIEVED MY FILING FEE
ON 10-13-17, WHY WAS THE FILING
FEE APPLIED TO A DISMISSED CASE?

(4 OF 6)

THIS IS THE REASON THAT I HAVE BEEN PATIENTLY WAITING AND ASKED FOR A STATUS UPDATE. SINCE THE FILING FEE WAS RECIEVED AND APPLIED SOMEWHERE I ALWAYS FIGURED THAT THE CASE WAS STILL ACTIVE OR ELSE THE FILING FEE WOULD HAVE BEEN RETURNED.

IN A NUT SHELL, I WAS IMPROPERLY ADVISED BY THE LAW CLERK ABOUT THE AMOUNT OF THE FILING FEE, THE LETTER THE CLERK SENT OUT ON 9-20 I DIDN'T RECIEVE UNTIL 9-28, ONE DAY AFTER THE DEADLINE. THE NEXT DAY I SENT THE CORRECT AMOUNT OF $400.00. I TRIED TO DO THE RIGHT THING.

I BELIEVE THAT THE COURT CAN CLEARLY SEE THAT I HAD EVERY INTENTION OF PAYING THE FILING FEE IN A TIMELY MANNER AND

(5 OF 6)

THAT THROUGH BAD TIMING, BAD ADVISE, A DELAY IN THE BUSINESS OFFICE SENDING OUT THE MONEY ORDERS AND A DELAY IN THE MAIL HERE AT THE INSTITUTION, I, THROUGH NO FAULT OF MY OWN, MISSED THE 9-27-17 DEADLINE FOR PAYING THE FILING FEE WHICH RESULTED IN MY CAUSE BEING DISMISSED.

FOR THE FOREGOING REASONS, I PRAY THAT THIS COURT WILL RECONSIDER ITS DECISION TO DISMISS THIS CAUSE AND REINSTATE IT. I BELIEVE I HAVE A MERITORIOUS CLAIM THAT NEEDS TO BE ADDRESSED BY THE COURT.

RESPECTFULLY SUBMITTED THIS 12TH DAY OF JUNE 2018.

*David Rivera*
DAVID RIVERA

(6 OF 6)

# AFFIDAVIT

I DAVID RIVERA DO SWEAR THAT ALL THE INFORMATION AND FACTS CONTAINED IN THE FOREGOING PETITION TO REINSTATE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER PENALTY OF PERJURY.

CAUSE # 1:17-CV-06387
JUDGE SAMUEL DER-YEGHIAYAN

DATED JUNE 12, 2018

SO SWORN,

_David Riva_
DAVID RIVERA

## ATTACHED DOCUMENTS

ALL DATES AND FACT CAN BE VERIFIED IN THE ATTACHED DOCUMENTS;

RECIEPT FOR $400.00;

2 MONEY VOUCHER RECIEPTS,

3 DATED ENVELOPES,

NOTICE OF RETURNED CHECK,

ORDER - DATED 9-6-17,

ORDER - DATED 9-28-17,

LETTER TO CLERK,

AFFIDAVIT,

PETITION TO REINSTATE.

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
Clerk

*[handwritten: 2. Vers B45533]*
*[handwritten: CASE # B45533]*
*[handwritten, circled: CASE # 17 C 6387 9 20 2017]*

### NOTICE OF RETURNED CHECK

Dated: *[handwritten: 09/15/2017]*

*[handwritten: M4]*

Your check is being returned for the following reason:

- ☐ The payee is wrong. All checks must be made payable to **"Clerk, U.S. District Court"**

- ☐ You are attempting to pay a Bankruptcy fee.

- ☐ You have not signed your check.

- ☐ The date is incorrect or stale.

- ☐ There is no case number or other means of referencing this check. (Please tell us what this check pays for.)

- ☒ The check is in the wrong amount. The correct amount is $ *[handwritten: 400.00]*

*[handwritten: VOIDED CK # 121653 FOR $350.00]*

- ☐ You are attempting to prepay copy services. We cannot accept prepayment for copy and certification services. The price of these services cannot be determined until your request is examined by the copy desk to ascertain the price. The number for the copy desk is **(312)435-5699**

- ☐ You are attempting to pay for an assessment, restitution or fine with a personal check. The Clerk requires that payments be made with a cashier's check or money orders. Please make the cashier's check/money orders payable to **"CLERK U.S. DISTRICT COURT"**

- ☐ Other: _____

Please correct the problem and resubmit the payment.

Thank you,
*David Lynn*
Cashier, Intake Department
(312)435-5691

*[handwritten bottom left: I voided the $350.00 check.]*

*[handwritten bottom middle: Or what you want done]*

*[handwritten bottom right: They sent the check back. So could you please send another voucher for $400.00]*

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



U4-17

RE Ceived
10-2-17

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U4-17



David A. Rivera
B-45533
Moline-EMO
100 Hillcrest Road
East Moline, IL 61244

```
Court    .  .orthern District of Illinois
Division: 1
Receipt Number: 4624191477
Cashier ID: djozwia
Transaction Date     13/2017
Payer Name: EA.    INE CORR
------------------------------------
CIVIL FILING FEE
  For: DAVID RIVERA
  Case/Party: D-ILN-1-17-CV-006387-001
  Amount:     $400.00

CHECK
  Check       ..       1.1830
  Am           ..
  ...
  ...           ..
  Total         400.00
  Change         0.00
```

CASE PAYMENT

17CV6387

DAVID RIVERA #B45533

391338  10/13/17

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check

---

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

David A. Rivera
B-45533
Moline-EMO
100 Hillcrest Road
East Moline, IL 61244

**Offender Authorization for Payment**

Posting Document # _____  Date _9-29-17_

Offender Name _RIVERA, DAVID A._ ID# _B45533_ Housing Unit _HU 4-17_

Pay to _UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILL_

    Address _219 S. DEARBORN ST._

    City, State, Zip _CHICAGO, IL 60604_

The sum of _$400._ dollars and _00_ cents charged to my trust fund account, for the purpose of _COURT FEE CASE NUMBER #17C6387_

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _David A. Rivera_ ID# _B45533_

Witness Signature _____ 4673 _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _Chuck B____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

---

**Offender Authorization for Payment**

Posting Document # _____  Date _9-11-17_

Offender Name _RIVERA, DAVID A._ ID# _B45533_ Housing Unit _4 4-17_

Pay to _CLERK OF U.S. DISTRICT COURT_

    Address _219 S. DEARBORN ST._

    City, State, Zip _CHICAGO, IL 60604_

The sum of _$350.00_ dollars and _00_ cents charged to my trust fund account, for the purpose of _Filling FEE FOR COURT COST. CASE # 1:17-CV06387_

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _David A. Rivera_ ID# _B45533_

Witness Signature _White 12814_

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _Chuck B____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

Received SEP 2017 Accounting E.M.C.C.

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David A. Rivera | ) | Case No: 17 C 6387 |
| | ) | |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| Officer 1, et al. | ) | |

## ORDER

Plaintiff David A. Rivera's (Rivera) motion for leave to proceed *in forma pauperis* [3] and motion for attorney assistance [4] are denied. Rivera is given until September 27, 2017, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Rivera is warned that if he fails to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by September 27, 2017, this case will be dismissed.

## STATEMENT

This matter is before the court on Plaintiff David A. Rivera's (Rivera) motion for leave to proceed *in forma pauperis* and motion for attorney assistance. Rivera indicates on his *in forma pauperis* application form that he has not received more than $200 from any source in the last twelve months. However, a review of Rivera's prison trust account statement shows average monthly deposits of $301 in the last six months, which totals much more than $200. Rivera has thus failed to provide accurate information concerning his financial status and the motion for leave to proceed *in forma pauperis* is denied. Rivera is given until September 27, 2017, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Rivera is warned that if he fails to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by September 27, 2017, this case will be dismissed.

Rivera also requests the assistance of counsel in accordance with *Ray v. Wexford Health Sources, Inc.*, 2013 WL 452769 (7th Cir. 2013); *see also, e.g., Mallard v. U.S. Dist. Court for Southern Dist. of Iowa*, 490 U.S. 296 (1989); *Pruitt v. Mote*, 503 F.3d 647, 653-54 (7th Cir. 2007). An indigent civil litigant does not have a right to the assistance of counsel. *Forbes v. Edgar*, 112 F.3d 262, 264 (7th Cir. 1997). However, a court, in its discretion, can request that counsel voluntarily assist indigents in a civil action pursuant to 28 U.S.C. § 1915(e)(1). In determining whether to request the voluntary assistance of counsel for a civil litigant, a court must consider the following factors: "(1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of

the case, does the plaintiff appear competent to litigate it himself?" *Pruitt v. Mote*, 503 F.3d 647, 654, 661 (7th Cir. 2007). In considering the competency factor, the court must determine "whether the difficulty of the case– factually and legally–exceeds the particular plaintiff's capacity as a layperson to coherently present it to the judge or jury himself." *Id.* at 655 (stating that "[t]he question is not whether a lawyer would present the case more effectively than the pro se plaintiff; 'if that were the test, district judges would be required to request counsel for every indigent litigant'")(quoting *Johnson v. Doughty*, 433 F.3d 1001, 1006 (7th Cir. 2006)). In assessing competency, the court must consider "whether the plaintiff appears competent to litigate his own claims, given their degree of difficulty, and this includes the tasks that normally attend litigation: evidence gathering, preparing and responding to motions and other court filings, and trial." *Id.* (emphasis omitted). In ruling on a motion for attorney assistance, the court should take into consideration "the plaintiff's literacy, communication skills, educational level, and litigation experience" and evaluate "evidence in the record bearing on the plaintiff's intellectual capacity and psychological history," including "any information submitted in support of the request for counsel, as well as the pleadings, communications from, and any contact with the plaintiff." *Id.* (stating that "in some cases–perhaps many cases–the record may be sparse," and that "[t]he inquiry into the plaintiff's capacity to handle his own case is a practical one, made in light of whatever relevant evidence is available on the question").

  In the instant action, Rivera has not shown that this case is overly complex or difficult, factually or legally. The court has considered the entire record in this case at this juncture, as it reflects on Rivera's ability to coherently present his case as a layperson and his ability to perform the tasks that normally attend litigation. The court concludes that, based upon the record before the court, Rivera is competent to present his case at this juncture without the assistance of counsel. Therefore, the motion for attorney assistance is denied.

Date: 9/6/17

                     _____
                      Samuel Der-Yeghiayan
                      United States District Court Judge

OCT. 1, 2017
RECIEVED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David A. Rivera | ) | Case No: 17 C 6387 |
| | ) | |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| Officer 1, et al. | ) | |

### ORDER

On September 6, 2017, the court gave Plaintiff David A. Rivera (Rivera) until September 27, 2017, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Rivera was warned that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by September 27, 2017, this case would be dismissed. The deadline has passed and the docket does not reflect that Rivera has paid the filing fee or filed an accurately and properly completed *in forma pauperis* application form. Therefore, the instant action is dismissed. Civil case terminated.

Date: 9/28/17

Samuel Der-Yeghiayan
United States District Court Judge

1

David A. Rivera  
B-45533 :  
Moline-EMO  
100 Hillcrest Road  
East Moline, IL 61244

1:17-cv-06387

David A. Rivera B-75733
100 Hillcrest Rd.
East Moline, IL. 61244

INMATE MAIL
FROM IL DEPT OF
CORRECTIONS

Prisoner Correspondence

Clerk of the U.S. District Court
United States Court House
219 S. Dearborn St.
Chicago, IL. 60604

LEGAL MAIL



06/28/2018-19